EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2025 TSPR 122 |
| Aprobación de Cambio de Estatus Inactivo de octubre de 2025 | 216 DPR ___ |

Número del Caso: EM-2025-0014

Fecha: 25 de noviembre de 2025

Materia: Aprobación de Cambio de Estatus Inactivo de octubre de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de octubre de 2025

EM-2025-0014

RESOLUCIÓN

En San Juan, Puerto Rico, a  25 de noviembre de 2025.

Durante el periodo de octubre de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Luis R. Cruz Jiménez | 1,995 |
| Juan Rivera Torres | 2,567 |
| Manuel González Gierbolini | 3,191 |
| Daniel Pernas Beceiro | 3,435 |
| Rafael Quiñones Vigo | 4,560 |
| Fausto David Godreau Zayas | 5,247 |
| Benjamín Hernández Nieves | 5,808 |
| Emilio E. Arill García | 6,284 |
| Margarita de Jesús Cintrón | 6,292 |
| Fidel Cruzado Vega | 6,401 |
| Fanny Auz Patiño | 7,499 |
| Luz Iraida González Turull | 7,761 |

Alba L. Pabón Rosado            7,797

Víctor A. Vázquez González      8,254

Fernando Montañez Delerme       8,854

José A. Ruiz Santiago           9,494

Pedro J. Saldaña Rosado         10,240

Carlos E. Arroyo Graulau        15,789

Chloé S. Georas Santos          16,073

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                        Javier O. Sepúlveda Rodríguez
                        Secretario del Tribunal Supremo